PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Michael Larbi**                                    Docket No. **22-mj-6021**

### Petition for Action on Conditions of Pretrial Release

COMES NOW EDNA GALARZA PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Michael Larbi** , who was placed under pretrial release supervision by the **HONORABLE DOUGLAS E. ARPERT** sitting in the Court at **Trenton**, on **November 21, 2022**, under the following conditions:

1. $100, 000 Unsecured Appearance Bond
2. Pretrial Services Supervision
3. Curfew with location monitoring.  The defendant is restricted to his parents' residence from 7pm to 7am, or as directed by Pretrial Services
4. Michael Anim Larbi and Dorcas Larbi were appointed third party custodians.
5. Travel restricted to the Districts of Delaware and New Jersey and Maryland for court purposes only, unless approved by Pretrial Services
6. Surrender/Do not apply for passport or travel documents.
7. Substance abuse testing/treatment
8. The defendant is to appear in State court, as directed, for any pending matters.
9. Mental health testing/treatment
10. Maintain current residence or a residence approved by Pretrial Services
11. Continue or actively seek employment.
12. The defendant is to report to Pretrial Services within 24 hours upon being released from his detainers out of Maryland and Delaware

On December 15, 2023, location monitoring and curfew was removed, and all other conditions remained the same.

Respectfully presenting petition for action of Court and for cause as follows:

PRAYING THAT THE COURT WILL ORDER **issue a warrant as a detainer.**

ORDER OF COURT

Considered and ordered this ___1st_____ day
of __March_____, _2024__ and ordered filed
and made a part of the records in the above
case.

_____
Honorable Tonianne J. Bongiovanni
U.S. Magistrate Judge

I declare under penalty of perjury that the
foregoing is true and correct.

Executed
on

_____3/1/2024_____

_____
EDNA GALARZA
Intensive Supervision Specialist